IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 1:23-cv-40034-NMG

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

MICHAEL P. OWENS d/b/a OCEANSIDE
SANDWICH SHOP,

    Defendant.

## MOTION FOR DEFAULT FINAL JUDGMENT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55(b)(2), hereby moves for entry of a Default Final Judgment against defendant Michael P. Owens d/b/a Oceanside Sandwich Shop ("Defendant"), and states as follows:

### PROCEDURAL SUPPORT FOR DEFAULT FINAL JUDGMENT

1. On March 29, 2023, Plaintiff filed its Complaint in this action. The Complaint contains a single cause of action for copyright infringement against Defendant. See D.E. 1.

2. On April 12, 2023, Defendant was served with a copy of the Summons and Complaint in this action. See D.E. 9.

3. On May 5, 2023 (following expiration of Defendant's response deadline), Plaintiff filed its Request for Clerk's Certificate of Entry of Default. See D.E. 10.

4. On May 5, 2023, the Clerk entered a Clerk's Default [D.E. 11] against Defendant.

*Motion allowed. NMGorton, USDJ 09/20/2023*